CASE NO. 8:04-CIV-2552-T-17

(hereafter "Gates McDonald") was served on December 29, 2005 (sic) at approximately 12:41 p.m." The magistrate judge declined to "make any other findings or recommendations, including any finding of excusable neglect sufficient to set aside the default."

**ARGUMENT**

Instead of filing objections to the Report and Recommendation, the defendant filed a renewed motion to set aside default judgment (Docket No. 19) and the plaintiff responded thereto (Docket No. 23).  In the renewed motion, the defendant asks to set aside the default judgment despite the findings of the R&R due to inadvertence, mistake, and excusable neglect because their employee testified that he would have followed his standard business practice if he had been served and sent it through the proper channels.

The plaintiff's response counters the arguments of the defendant in a very persuasive manner, and incorporates the same by reference herein.  The Court agrees with the plaintiff's assessment of the situation herein.  The Court specifically finds the magistrate judges' finding that the defendant was properly served is supported by the evidence and adopts the finding. The Court finds that the defendant has not established inadvertence, mistake, and/or excusable neglect in the failure to answer the summons and complaint.

The Court, having reviewed the report and recommendation and made an independent review of the record, concurs with the report and recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation, dated October 5, 2005 (Docket No.